# EXHIBIT C

UNITED STATES GOVERNMENT MEMORANDUM
RESIDENTIAL REENTRY MANAGEMENT OFFICE
BROOKLYN, NEW YORK

Date: July 9, 2020

To: U.S. MARSHALS SERVICE
Southern District of New York

From: *P. McFarland*
Patrick McFarland, Residential Reentry Manager
Brooklyn, New York 11232

Subject: **RRC FAILURE**
Name: **Michael Cohen**
Reg. No: **86067-054**
CMC: **YES**   Release Date: **11/22/2021 GCT Release**

Location: US Probation
500 Pearl Street
New York, NY 10007

Contact: Patrick McFarland, RRM
Tel. No: (718) 840-4218

CIRCUMSTANCES:

On July 9, 2020, inmate Cohen, Michael 86067-054 failed to agree to the terms of Federal Location Monitoring for SDNY US Probation. The BOP is requesting remand for failure to comply. We are therefore requesting his immediate transfer to a secure institution.

As inmate Cohen is a sentenced federal prisoner, I hereby authorize the United States Marshals Service, Southern District of New York, to remand her at the **Metropolitan Detention Center, Brooklyn, New York pending further designation.**

Your cooperation with this matter is greatly appreciated.

USM-SDNY FAX : (212) 637-6131