AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Michael D. Cohen | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20 Civ. 5614 (AKH) |
| William Barr, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

respondents William Barr, in his official capacity as Attorney General of the United States; Michael Carvajal, in his official capacity as Director of the Bureau of Prisons; and James Petrucci, in his official capacity as Warden of the Federal Correctional Institution, Otisville.

Date: 07/21/2020

/s/Allison M. Rovner
*Attorney's signature*

AUSA Allison M. Rovner
*Printed name and bar number*

U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

allison.rovner@usdoj.gov
*E-mail address*

(212) 637-2691
*Telephone number*

(212) 637-2750
*FAX number*