UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Michael Cohen,                              :
                                            :
                        Plaintiff,          :
                                            :
        -against-                           :        **SCHEDULING ORDERS**
                                            :
                                            :
William Barr, et al.                        :
                                            :        20 Civ. 5614 (AKH)
                                            :
                        Defendants.         :
-------------------------------------------------------x

ALVIN K. HELLERSTEIN, UNITED STATES DISTRICT JUDGE:

      The parties are hereby ordered to appear for a telephonic pre-trial conference on

Thursday, July 23, 2020, at 11:00 a.m., which conference will be held via the following call-in number:

      Call-in number: 888-363-4749
      Access code: 7518680

To ensure that the hearing proceeds smoothly and to avoid disruption, the Court directs all those calling in

(other than counsel) to mute their telephones.

      Finally, no later than Wednesday, July 22, 2020, at 12:00 p.m., the parties shall jointly

submit to the Court (via the email address: HellersteinNYSDChambers@nysd.uscourts.gov) a list of all

counsel expected to appear on the record at the telephonic conference.

      SO ORDERED.

Dated:     New York, New York
        July 21, 2020

                                ALVIN K. HELLERSTEIN, U.S.D.J.