UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. COHEN,<br><br>               *Petitioner*,<br>v.<br><br>WILLIAM BARR, in his official capacity as Attorney General of the United States, MICHAEL CARVAJAL, in his official capacity as Director of the Bureau of Prisons, and JAMES PETRUCCI, in his official capacity as Warden of the Federal Correctional Institution, Otisville,<br><br>               *Respondents*. | No. 20 Civ. 5614 |

**ORDER ON UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* FIRST AMENDMENT SCHOLARS IN SUPPORT OF PETITIONER'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

Upon consideration of the motion brought by the proposed *Amici*, it is hereby ORDERED that leave to file their brief is GRANTED, and the brief attached as Exhibit A to *Amici*'s motion (ECF No. 20-1) is deemed filed.

SO ORDERED this __22__ day of July, 2020.

                                                               Alvin K. Hellerstein /s/
                                                           Hon. Alvin K. Hellerstein
                                                           United States District Judge