

**U.S. Department of Justice**
Federal Bureau of Prisons

# Program Statement

**OPI:** FPI
**NUMBER:** 5350.27
**DATE:** 7/27/99
**SUBJECT:** Inmate Manuscripts

1. **PURPOSE and SCOPE.**  To encourage inmates to use their leisure time for creative writing and to permit the direct mailing of all manuscripts as ordinary correspondence.

2. **SUMMARY OF CHANGES.**  This revision updates the Directives Referenced, adds a Program Objective and a Standards Referenced section, and makes other editorial and format changes consistent with current Bureau policy.  The requirement for an Institution Supplement has been eliminated.

3. **PROGRAM OBJECTIVE.**  The expected result of this program is:

Inmates will be afforded the opportunity to write and mail manuscripts for publication.

4. **DIRECTIVES AFFECTED**

   a. **Directive Rescinded**

      PS 5350.07     Inmate Manuscripts (7/16/79)

   b. **Directives Referenced**

      PS 5265.10     Correspondence (12/18/97)
      PS 5270.07     Inmate Discipline and Special Housing Units
                     (12/29/87)
      PS 5580.05     Personal Property, Inmate (9/30/96)
      PS 5800.10     Mail Management Manual (11/3/95)

   c.  Rules cited in this Program Statement are contained in 28 CFR 551.80 through 551.83.

**[Bracketed Bold - Rules]**
Regular Type - Implementing Information

```
                                                      PS 5350.27
                                                       7/27/99
                                                       Page 2
```

5.  **STANDARDS REFERENCED**

   a.  American Correctional Association 3rd Edition Standards for Adult Correctional Institutions:  3-4428 and 3-4429

   b.  American Correctional Association 3rd Edition Standards for Adult Local Detention Facilities:  3-ALDF-5D-01

   c.  American Correctional Association 2nd Edition Standards for Administration of Correctional Agencies:  None

   d. American Correctional Association Standards for Adult Correctional Boot Camp Programs:  1-ABC-5C-06 and 1-ABC-5D-01

6.  **[DEFINITION. §551.80.  As used in this rule, "manuscript" means fiction, nonfiction, poetry, music and lyrics, drawings and cartoons, and other writings of a similar nature.**

7.  **[MANUSCRIPT PREPARATION §551.81.  An inmate may prepare a manuscript for private use or for publication while in custody without staff approval.  The inmate may use only non-work time to prepare a manuscript.]**

8.  **[MAILING INMATE MANUSCRIPTS §551.82.  An inmate may mail a manuscript as general correspondence, in accordance with Part 540, Subpart B of this chapter.  An inmate may not circulate his manuscript within the institution.]**

Part 540, Subpart B refers to the Program Statement on Correspondence.

9.  **[LIMITATIONS ON AN INMATE'S ACCUMULATION OF MANUSCRIPT MATERIAL §551.83.  The Warden may limit, for housekeeping, fire-prevention, or security reasons, the amount of accumulated inmate manuscript material.]**

The Warden may choose to address the issue of accumulation of inmate manuscripts in the Institution Supplement on Inmate Personal Property.

```
                                      /s/
                                  Kathleen Hawk Sawyer
                                  Director
```