AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
Attorney for Respondents
By:   ALLISON ROVNER
      Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2691
Facsimile: (212) 637-2686
E-mail: allison.rovner@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL COHEN,<br><br>            Petitioner,<br><br>v.<br><br>WILLIAM BARR, in his official capacity as Attorney General of the United States, MICHAEL CARVAJAL, in his official capacity as Director of the Bureau of Prisons, JAMES PETRUCCI, in his official capacity as Warden of the Federal Correctional Institution, Otisville,<br><br>            Respondents. | No. 20 Civ. 5614 (AKH) |

## DECLARATION OF ADAM JOHNSON

1.   I am currently employed by the Federal Bureau of Prisons ("BOP"), as a Deputy Regional Counsel for the Northeast Regional Office. I began working for the BOP in August 2001 and assumed my current position in December 2019.

2.   I submit this declaration in connection with respondents' opposition to petitioner's motion for a temporary restraining order in this case. I base this declaration on my personal knowledge, my review of BOP records to which I have access as part of my duties and responsibilities, and my communications with BOP employees.

3.     Michael Cohen was taken into secure custody and returned to FCI Otisville on July 9, 2020.

4.     Pursuant to BOP policies and procedures to reduce the risk that inmates in custody will be infected by COVID-19, new inmates entering federal prison facilities are quarantined for approximately 14 days, during which time their movement is significantly restricted. In general, at the conclusion of the 14-day period, if the inmate tests negative, he or she will enter the general population.

5.     Although Cohen was initially placed in the Special Housing Unit ("SHU") on July 9, 2020, due to space limitations, by the next morning he was transferred to Unit E, which is the COVID-19 quarantine unit at FCI Otisville. Cohen was placed in the quarantine unit, as are all new inmates, for the protection of the prison's inmate population.

6.     FCI Otisville has indicated that Cohen will be tested for COVID-19 on July 24. If his test results are negative, he will be released into the general population.

7.     BOP facilities, including FCI Otisville, are under modified operations due to COVID-19, which includes, among other things, staggered meals and recreation times to limit large gatherings, suspension of non-essential visits, required screening of inmates and staff, quarantine and isolation procedures, provision of face coverings, and increased hygiene and sanitation.

8.     As of this date, only 2 of the 63 inmates at FCI Otisville assigned to the satellite camp are considered active COVID-19 cases because they have tested positive for COVID-19.

I, ADAM JOHNSON, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the above statements are true and correct.

Dated: New York, New York
      July 22, 2020

Adam Johnson
Deputy Regional Counsel
BOP