UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                                 :
MICHAEL COHEN,                             :
                                                 :
                          Petitioner,      :    **Notice of Appearance**
                                                 :
                 - v. -                               :
                                                 :    20 Civ. 5614 (AKH)
WILLIAM BARR, MICHAEL CARVAJAL,    :
JAMES PETRUCCI                         :
                                                 :
                          Respondents.    :
                                                 :
------------------------------------- X

TO:    Clerk of Court
          United States District Court
          Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in the above-captioned case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                        Respectfully submitted,

                                                       AUDREY STRAUSS
                                                       Acting United States Attorney for the
                                                       Southern District of New York

                                                  by: _____
                                                      Thomas A. McKay
                                                      Assistant United States Attorney
                                                      (212) 637-2268