UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL D. COHEN,

                *Petitioner,*

v.

WILLIAM P. BARR, *et al.*,

                *Respondents.*

No. 20 Civ. 5614

**ORDER**

On consideration of the consent motion of Lawyers Defending American Democracy, Inc. ("LDAD") for leave to file a brief as *amicus curiae* in support of the petition and emergency motion for a temporary restraining order (ECF No. 26) it is, by the Court, this 23 day of July, 2020, ORDERED that LDAD's motion be, and the same hereby is, GRANTED.

                                              Alvin K. Hellerstein /s/

                                              Hon. Alvin K. Hellerstein
                                              United States District Judge