

E. DANYA PERRY
PHONE 212.399.8340
EMAIL dperry@perryguha.com

August 5, 2020

**VIA ECF and EMAIL TO CHAMBERS**

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *Cohen v. Barr et al.*, 20 Civ. 5614 (AKH)

Dear Judge Hellerstein:

    We respectfully submit this letter on behalf of Petitioner Michael Cohen to bring two matters to the Court's attention.

    First, as the Court is aware, Mr. Cohen is being monitored while on home confinement through a residential re-entry center ("RRC") provider under the RRC agreement previously provided to the Court (*see* government's letter, dated July 30, 2020 at ECF No. 31, Ex. 1). The RRC Agreement imposes no restraint on Mr. Cohen's First Amendment rights.[1] The RRC encourages and expects its supervisees to be gainfully employed, and it has impressed this upon Mr. Cohen during its supervision of him to date. Mr. Cohen is eager to comply with the RRC expectation, both to honor his obligations and to support his family. To this end, Mr. Cohen has an employment offer from a political action committee to provide consulting services and media appearances. Mr. Cohen understands that he may not accept this, or any, employment unless and until it is pre-approved by the RRC. He has provided the offer letter and details to the RRC and is awaiting its response.

    Second, as the Court is also well aware, Mr. Cohen plans to publish a book in advance of the 2020 presidential election. In order to meet this timetable, it is necessary for Mr. Cohen to engage in discussions with his editor and publisher as quickly as possible.

---

[1] Pursuant to the government's July 30 letter to the Court and the stipulation signed by the parties (ECF No. 32), the government has agreed that "a specific provision regarding Petitioner's contact with the media is not necessary." (*See* ECF No. 31, at 1).



      Given the pendency of the above-captioned case before the Court, we of course wish to ensure that the Court has no objection to any of the above. And, of course, we will provide any additional information as directed by the Court.

      Respectfully submitted,

      /s/ *E. Danya Perry*

      E. Danya Perry
      PERRY GUHA LLP
      35 East 62nd Street
      New York, New York 10065
      Telephone: (212) 399-8330
      Facsimile: (212) 399-8331
      Email: dperry@perryguha.com

cc:    Counsel of Record (By ECF)